AO 455 (Rev. 05/85) Waiver of Indictment

# United States District Court

for the
Western District of New York

**United States of America**

**v.**

**Thomas Bass**

*Defendant*

**WAIVER OF INDICTMENT**

**Case No. 15-CR-212-A**

I, THOMAS BASS, the above-named defendant, who is accused of violations of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 1956(a)(1)(A)(i), being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on April 15, 2016, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

UNITED STATES DISTRICT COURT
FILED
APR 15 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

THOMAS BASS
*Defendant*

DOMINIC H. SARACENO, ESQ.
*Counsel for Defendant*

Before
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE
*Judicial Officer* 4/15/16