IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
APR 15 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

v.

15-CR-212-A

THOMAS BASS,

Defendant.

---

**INFORMATION**
(Title 21, United States Code, Section 841(a)(1) and
Title 18, United States Code, Section 1956(a)(1)(A)(i))

**COUNT 1**

**The United States Attorney Charges That:**

Beginning in or before July 2014, the exact date being unknown, and continuing until on or about September 4, 2015, in the Western District of New York, and elsewhere, the defendant, **THOMAS BASS**, did knowingly, intentionally and unlawfully possess with the intent to distribute, and distribute, a quantity of a mixture and substance containing marijuana, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).**

**COUNT 2**

**The United States Attorney Further Charges That:**

On or about November 5, 2014, in the Western District of New York, and elsewhere, the defendant, **THOMAS BASS**, did knowingly conduct, and attempt to conduct, a

financial transaction affecting interstate and foreign commerce, that is, the purchase, with United States currency, of bitcoins over and through the use of the Internet, which involved the proceeds of specified unlawful activity, that is, the possession with intent to distribute and distribution of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity, and that while conducting, and attempting to conduct, said financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

**All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).**

DATED: Buffalo, New York, April 15, 2016.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: ______________________
WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov