AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of New York

2017 DEC 19 PM 2:23

United States of America
v.
Thomas Bass

*Defendant*

Case No. 1:15CR00212-001

UNITED STATES DISTRICT COURT
FILED
DEC 21 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas Bass ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Bail Violations

Date: DEC 19 2017

Mary C Loewenguth
*Issuing officer's signature*

City and state: Buffalo, New York

MARY C. LOEWENGUTH, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/19/17 , and the person was arrested on *(date)* 12/20/17
at *(city and state)* Buffalo, NY

Date: 12/20/17

[signature]
*Arresting officer's signature*

DUSM James Bong
*Printed name and title*