UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

NOTICE OF MOTION AND MOTION
15-CR-212

vs.

THOMAS BASS

Defendant.

---

**PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ., attorney for the defendant, THOMAS BASS, based upon that following affirmation hereby moves for an adjournment of the January 26, 2018 sentence date.

**AFFIRMATION**

1. I am an attorney at law duly licensed to practice in the State of New York and in the Western District of New York with offices located at 534 Delaware Avenue, Buffalo, New York 14202.

2. This affirmation is offered in support of counsel's request for an adjournment of the January 26, 2018 sentencing date.

3. The Court previously entered a date of January 26, 2018 at 12:30 pm as a date for sentencing.

4. Due to being out of the country, I am requesting an adjournment to either February 8, 2018, February 15, 2018 or February 21, 2018.

5. The defendant agrees that the additional time allowed is excludable under the Speedy Trial Act.

**WHEREFORE**, for the reasons set forth above, defendant, THOMAS BASS, respectfully requests an Order from this Court granting an adjournment of the January 26, 2018 court date to the times stated above.

/s/ Dominic Saraceno, Esq.

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716) 626-7007 (t)
(800)-305-5836 (f)
saracenolaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

THOMAS BASS

Defendant.

**CERTIFICATE OF SERVICE**

15-CR-212

I hereby certify that on December 22, 2017, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

Wei Xiang, AUSA
138 Delaware Avenue
Buffalo, New York 14202

s/Dominic Saraceno

DOMINIC SARACENO