UNITED STATES DISRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

THOMAS BASS

DEFENDANT

---

STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS
15-CR-212

Dominic Saraceno, affirms under penalty of perjury that:

1. I am a duly licensed attorney, admitted to practice in the Western District of New York.

2. I represent the defendant, THOMAS BASS, in the above-entitled action brought by the United States of America.

3. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

4. In accordance with those rules, it is hereby stated on behalf of the defendant that I have reviewed the Presentence Report and have discussed the same with Thomas Bass. There are no statements, conclusions or other information contained in that report which the defendant disputes.

DATED: Buffalo, New York
February 15, 2018

Respectfully submitted,

/s/ Dominic Saraceno
Attorney for Defendant
534 Delaware Avenue
Buffalo, New York 14202
716-626-7007
800-305-5836 (fax)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.

THOMAS BASS

Defendant.

---

## CERTIFICATE OF SERVICE

**15-CR-21**

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following EM/EF Participant on this case:

WEI XIANG, AUSA
138 Delaware Avenuue
Buffalo, New York 14202

And. I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

Tina Blackman
United States Probation Support Specialist

s/Dominic Saraceno
__________________________
DOMINIC SARACENO