**UNITED STATES DISTRICT COURT**

**FOR THE**

**WESTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
FILED
AUG 21 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA

v. Crim. No. 1:15CR00212-001

THOMAS BASS

The above named defendant, Thomas Bass, is Court ordered upon release from the custody of the U.S. Marshal Service to be placed on Location Monitoring (home curfew component). This curfew shall be from _8:00_p.m. to _6:00_a.m., or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons. The defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. The defendant is required to contribute to the cost of services rendered (co-payment).

All previously imposed conditions of supervised release continue to remain in effect, including zero tolerance for any conditions of release as ordered by the Court.

On August 20, 2018, the subject is ordered to be released from the custody of the U.S. Marshals Service. Upon release from the custody of the U.S. Marshals Service the defendant will be transported by his mother directly to her residence located at: 1635 Love Road, Grand Island, New York, 14072 where he will be placed on Location Monitoring (home curfew component).

Reviewed by:

John P. Taberski
Supervising U.S. Probation Officer

Respectfully submitted,

Melissa L. Colley
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is released from custody on August 20, 2018, in order to be placed on Location Monitoring (home curfew component).

Dated this 21 day of Aug., 2018.

Honorable Richard J. Arcara
Senior U.S. District Judge