AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of New York

United States of America
v.
Thomas Bass
*Defendant*

Case No. 1:15-CR-212

2018 AUG -9 PM 2:29
RECEIVED

UNITED STATES DISTRICT COURT
FILED
SEP 10 2018
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Thomas Bass, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release

Date: 08/09/2018

Mary C Loewenguth
*Issuing officer's signature*

City and state: Buffalo, NY

Mary C. Loewenguth, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/9/2018, and the person was arrested on *(date)* 8/10/2018 at *(city and state)* Buffalo, NY.

Date: 8-13-2018

B. Novak
*Arresting officer's signature*

Novak, Brent J. CIDUSM
*Printed name and title*