UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

THOMAS BASS,

Defendant.

**15-CR-212-RJA**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Frank R. Passafiume, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Richard J. Arcara, Senior United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Frank R. Passafiume, dated October 25, 2018. |
| **RELIEF REQUESTED:** | A 30-day adjournment of the status conference for violation of supervised release set for October 31, 2018 at 9:00 a.m. |
| **DATED:** | Buffalo, New York, October 25, 2018. |

Respectfully submitted,

**/s/ Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
frank_passafiume@fd.org
*Counsel for Defendant Thomas Bass*

**TO:** Wei Xiang
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

THOMAS BASS,

Defendant.

**15-CR-212-RJA**

**AFFIRMATION**

**FRANK R. PASSAFIUME,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Thomas Bass.

2. The instant case was originally scheduled for a status conference on the defendant's violation of supervised release on October 22, 2018.

3. On October 17, 2018, the Court rescheduled the status conference for October 31, 2018 at 9:00 a.m.

4. The instant motion respectfully requests a thirty (30) day adjournment of the status conference.

5. Preliminarily, I am unavailable on October 31, 2018.

6. Additionally, on October 24, 2018, I contacted both the government and Probation regarding the upcoming status conference. I was advised by Probation that the defendant is "doing better" on supervision. I was further advised by Probation that, should the defendant's progress on supervision continue, a resolution could be reached. Thus, at the upcoming status conference, it is anticipated that an adjournment will be requested by the defendant with the consent of the

government and Probation so that the defendant can continue his progress on supervision, while the parties discuss an agreeable disposition.

7. Because of my unavailability, I am respectfully requesting that the Court grant a thirty (30) day adjournment for the reasons set forth above.

8. Neither the government nor Probation object to this request.

9. Should the adjournment not be granted, I respectfully request that the matter be rescheduled for the first available date after October 31, 2018.

**WHEREFORE**, it is respectfully requested that this Court adjourn the status conference currently set for October 31, 2018 at 9:00 a.m. for thirty (30) days.

**DATED**: Buffalo, New York, October 25, 2018.

Respectfully submitted,

**/s/ Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
frank_passafiume@fd.org
*Counsel for Defendant Thomas Bass*

**TO:** Wei Xiang
Assistant United States Attorney